## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, CHRIS CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, MINOR CHILD "J.M.M.", MINOR CHILD "V.M.", MINOR CHILD "Z.R.C.", MINOR CHILD "M.M.", MINOR CHILD "O.N.", ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, ROCHELLE GOMEZ, JOAN MATHURIN, MYRNA MATHURIN, ANN MARIE JOHN-BAPTISTE, LEOBA JOHN-BAPTISTE-PELLE, and WARRINGTON CHAPMAN on behalf of themselves and all others similarly situated,** | |
| **Plaintiffs,** | Civil Case No. 2021-0252 |
| v. | |
| **LIMETREE BAY VENTURES, LLC, LIMETREE BAY REFINING, LLC, LIMETREE BAY TERMINALS, LLC, ARCLIGHT CAPITAL PARTNERS, LLC, FREEPOINT COMMODITIES, LLC, EIG GLOBAL ENERGY PARTNERS, LLC, BP PRODUCTS NORTH AMERICA, INC., and JOHN DOES 1-100,** | |
| **Defendants.** | |

**Attorneys:**
**Jennifer Jones, Esq.,**
St. Thomas, U.S.V.I.
    *For Plaintiffs*

**No appearance**
    *For Defendants*

## **ORDER**

THIS MATTER comes before the Court on Plaintiffs' "Notice of Voluntary Dismissal Without Prejudice of Limetree Bay Ventures, LLC; Limetree Bay Refining, LLC; Limetree Bay Terminals, LLC; Arclight Capital Partners, LLC; Freepoint Commodities, LLC; EIG Global Partners, LLC; BP Products North America, Inc.; and John Does 1-100" ("Notice of Voluntary Dismissal") (Dkt. No. 3), wherein Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), give notice of the voluntary dismissal of all Defendants in this matter without prejudice.

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that the "Notice of Voluntary Dismissal" (Dkt. No. 3) is **ACCEPTED**; and it is further

**ORDERED** that the Notice of Voluntary Dismissal serves to **DISMISS WITHOUT PREJUDICE** the instant action; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED**.

Date: June 14, 2021                                   _____/s/_____
                                                      WILMA A. LEWIS
                                                      District Judge